UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**TYRONE G. FLOWERS,**            CASE NO:    08-41838
                                                          CHAPTER:    13
     Debtors.                               JUDGE:    SHAPERO

_____/

## ORDER VOLUNTARILY DISMISSING
## CHAPTER 13 PETITION

Upon the motion of a party in interest, and pursuant to 11 U.S.C. Section 1307,

**IT IS HEREBY ORDERED:**

1. That this case is dismissed, but the Court retains jurisdiction to receive and pass upon the final report of the Trustee and to make such further distribution orders with respect to fees, costs, other distribution and the discharge of the Trustee as may be necessary or proper; and

2. That the Clerk serve notice of the dismissal of this case upon all creditors who have filed proofs of claim in this case; and

3. That the order previously entered, requiring the debtor(s) or another to pay over funds to the Trustee, be and it is hereby vacated; and that said persons shall no longer be required to make such payments and are hereby released from further liability with respect thereto.

.

**Signed on July 28, 2009**

                                                                             **/s/ Walter Shapero**
                                                                             **Walter Shapero**
                                                                             **United States Bankruptcy Judge**